**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

| | |
|---|---|
| Crystal Pizzulo, | Case No. 2:10-cv-05444-PD |
| Plaintiff, | |
| v. | **NOTICE OF SETTLEMENT** |
| NCC Business Services, Inc., | |
| Defendant. | |

Now comes Plaintiff, by and through counsel, and hereby gives notice that the parties in the above-captioned matter reached a settlement. Plaintiff anticipates filing a Notice of Dismissal with Prejudice in 30 days.

Respectfully Submitted,

Legal Helpers, P.C.

By: */s/ Thomas M. Nicely*
Thomas M. Nicely (Bar No. 92759)
111 S. Independence Mall East, Suite 555
Philadelphia, PA
Tel: 866.339.1156
Fax: 312.822.1064
tmn@legalhelpers.com
*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

      I hereby certify that on a copy of the foregoing Notice was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  The following party was served via regular US mail.

NCC Business Services, Inc.
c/o CT Corporation System
1515 Market Street, Suite 1210
Philadelphia, PA 19102

                                            */s/ Richard J. Meier*